IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                              CHAPTER 7

HERBERT ARTURO MOLINA
ANA BERTHA RIVERA-MOLINA AKA ANA            CASE No. 19-26326-MAM
BERTHA RIVERA


                        DEBTORS
    _____/

## **NOTICE OF APPEARANCE**

April Hosford Stone of Tromberg Law Group, LLC. files this appearance as attorney for Bank of America, N.A. in connection with 13248 SE 26TH LANE, OKEECHOBEE, FL 34974-0000, loan number XXXXX1510, in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties-in interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Fed.R. Bankr. P 2002(g), request that the following be added to the Court's master mailing list.


                        **Tromberg Law Group, LLC.**

                        **BY:** /s/ April Hosford Stone
                        Attorney for Secured Creditor
                        1515 South Federal Highway, Suite 100
                        Boca Raton, FL 33432
                        Telephone #: 561-338-4101
                        Fax #: 561-338-4077
                        FBN 0091388
                        ecf@tromberglawgroup.com
                        astone@tromberglawgroup.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 5, 2020, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Joe M. Grant, Esq.
197 S. Federal Hwy #200
Boca Raton, FL 33432
jgrant@marshallgrant.com

U.S. Trustee Southern District of Florida
Office of the US Trustee
51 S.W. 1st Ave., Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

Michael R Bakst
P. O. Box 407
West Palm Beach, FL 33402

and on February 5, 2020, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Herbert Arturo Molina
10 Via Casa Sur Apt. #105
Boynton Beach, FL 33426

Ana Bertha Rivera-Molina aka Ana Bertha Rivera
10 Via Casa Sur Apt. #105
Boynton Beach, FL 33426

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Tromberg Law Group, LLC.**

**BY:** /s/ April Hosford Stone
Attorney for Secured Creditor
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
ecf@tromberglawgroup.com
astone@tromberglawgroup.com